**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**LYNNE GILL,**

                **Plaintiff,**

     v.                                        1:10-CV-985
                                                   (MAD/ATB)

**MICHAEL J. ASTRUE,**

                **Defendant.**

---

**APPEARANCES:**                            **OF COUNSEL:**

Office of Stephen J. Mastaitis, Jr.        Stephen J. Mastaitis, Jr.
1412 Route 9P
Saratoga Springs, New York 12866
*Attorney for Plaintiff*

SOCIAL SECURITY ADMINISTRATION    Suzanne M. Haynes, Esq.
Office of the General Counsel               Thomas C. Gray, Esq.
Region II                                         Special Assistant U.S. Attorney
26 Federal Plaza - Room 3904
New York, New York 10278
Attorney for Defendant

**MAE A. D'AGOSTINO, U. S. DISTRICT JUDGE**

## ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge Andrew T. Baxter, duly filed on the 29th day of August 2011.  Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

     **ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Commissioner is granted judgment on the pleadings and Plaintiff's motion for judgment on the pleadings is denied.

3. The Clerk is directed to close the case and enter judgment accordingly.

4. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: September 15, 2011
Albany, New York

Mae A. D'Agostino
U.S. District Judge